[No. 8742–5–III.  Division Three.  May 9, 1989.]

*In the Matter of the Marriage of* MARY ELLEN PRING,
*Appellant, and* JOHN ARTHUR PRING,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–3–03080–0, Marcus M. Kelly, J., entered June 23, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 9261–5–III.  Division Three.  May 9, 1989.]

MAX A. DOBBINS, *Appellant,* v. COMMONWEALTH ALUMINUM CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 87–2–00054–6, Ted Kolbaba, J., entered March 22, 1988. *Reversed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J. Now published at 54 Wn. App. 788.

[No. 8992–4–III.  Division Three.  May 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES A. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–3–00462–3, Thomas E. Merryman, J., entered October 21, 1987. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Shields, J., Green, J., dissenting.